**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR.,<br><br>  Plaintiff,<br><br> v.<br><br> DAVE DAVEY, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01445-SAB (PC)<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO MAKE FOUR COPIES OF PLAINTIFF'S FIRST AMENDED COMPLAINT TO FORWARD TO UNITED STATES MARSHAL FOR SERVICE OF PROCESS<br><br>[ECF No. 11] |

Plaintiff Coleman Kenyatta Smith, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 5, 2018, the Court found that service of the first amended complaint was appropriate as to Defendants A. Aranda, J. Cellbollos, and R. Espinoza, and forwarded Plaintiff the necessary service of process documents for completion and return within thirty days.

On January 12, 2018, the Court received three completed copies of the summons and USM-285 forms; however, the Court did not receive four copies of the first amended complaint. In the interest of expediting the service of process in this case, the Court will make a one-time exception and make four completed copies of Plaintiff's first amended complaint to forward to the United States Marshal for service of process. Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office

at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.  Nonetheless, the Court will extend a one-time courtesy and the Office of the Clerk is HEREBY ORDERED to make four copies of the first amended complaint, filed on December 13, 2017 (Doc. No. 9), to forward to the United States Marshal for service of process.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

UNITED STATES MAGISTRATE JUDGE