1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  COLEMAN KENYATTA SMITH, JR.,        )   Case No.: 1:17-cv-01445-SAB (PC)
                                        )
12              Plaintiff,              )
                                        )   ORDER DIRECTING CLERK OF COURT TO
13      v.                              )   CLOSE CASE PURSUANT TO PARTIES'
                                        )   STIPULATION FOR VOLUNTARY DISMISSAL
14  DAVE DAVEY, et al.,                 )
                                        )   [ECF No. 15]
15              Defendants.             )
                                        )
16  _____    )

17          Plaintiff Coleman Kenyatta Smith, Jr. is appearing pro se and in forma pauperis in this civil

18  rights action pursuant to 42 U.S.C. § 1983.

19          On March 16, 2018, the parties filed a stipulation to dismiss this action with prejudice pursuant

20  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as the case has been resolved in its

21  entirety. (ECF No. 15.)

22          Rule 41(a)(1)(A)(ii) provides in pertinent part that, "the plaintiff may dismiss an action without

23  a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared. A

24  voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the

25  action without operation of a court order. Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs,

26  637 F. App'x 488 (9th Cir. 2016) (citing Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074,

27  1077 (9th Cir. 1999)). Here, Plaintiff and counsel for Defendants Ceballos, Aranda, and Espinoza have

28  signed and dated a stipulation to dismiss this action, and filed it with the Court.

                                            1

In light of parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:  **March 19, 2018**

_____

UNITED STATES MAGISTRATE JUDGE